**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 2:26-mj-00269-KFW** |
| **ELIJAH WALLACE** | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jose G. Rodriguez-Aguilar, a Special Agent of the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2022. I am currently assigned to the Boston Division, Portland Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2. I am presenting this affidavit in support of an application for a criminal complaint charging Elijah WALLACE (DOB: XX/XX/1996) with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

4. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 United States Code, Section 2251(a) (Sexual Exploitation of Children) have been committed by Elijah WALLACE ("WALLACE"). This affidavit is intended to provide the facts necessary for determination of probable cause for the requested complaint and arrest warrant.

**STATUTORY AUTHORITY**

5. As noted above, this investigation concerns alleged violations of the following statutes:

(a) 18 U.S.C. § 2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign

commerce or mailed. 18 U.S.C. § 2251(e) criminalizes an attempt or conspiracy to commit a violation of 18 U.S.C. § 2251(a).

## DEFINITIONS

(b) The following definitions apply to this Affidavit:

a) "Minor," as used herein, is defined by 18 U.S.C. § 2256(1) to mean any person under the age of eighteen years.

b) "Child Pornography," as used herein, is defined by 18 U.S.C. § 2256(8) to mean any visual depiction including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. For purposes of this affidavit, Child Sex Abuse Material ("CSAM") and child pornography are used interchangeably.

c) "Sexually explicit conduct," as used herein, is defined by 18 U.S.C. § 2256(2)(A) to mean actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv)

sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

### Background of Investigation

6. On or about August 27, 2026, the FBI field office located in Allentown, Pennsylvania contacted the FBI field office located in Portland, Maine, to advise them that authorities were investigating a female subject (the "Pennsylvania Subject").[1] Pennsylvania state authorities provided the following information: in August of 2025, detectives from the Bethlehem, Pennsylvania Police Department ("BPD") received approximately five CyberTipline Reports ("Cybtertips") from the National Center for Missing and Exploited Children ("NCMEC"). The Cybertips involved different social media platforms, including Snapchat, MeetMe.com (fka myYearbook.com), and Kik. Three of the CyberTips were from Kik.

7. An investigation of those Cybertips identified the Pennsylvania Subject as the user of the accounts associated with the Cybertips. In or about May 2026, BPD investigators executed a residential search warrant at the Pennsylvania Subject's home. The Pennsylvania Subject's iPhone was seized, and a search warrant was obtained to conduct a forensic examination of the seized iPhone. Investigators reviewing the device located a screen recording involving an unknown male sexually abusing an approximately 2-year-old child. Investigators determined that the conversation that produced the video occurred on the social media platform Telegram between the

[1] The Pennsylvania Subject is the subject of an outstanding arrest warrant and is facing several state charges in Pennsylvania.

Pennsylvania Subject and two other users. That video call was determined to have occurred on or about May 28th of 2026.

8. Furthermore, a screenshot of messages, saved to the Pennsylvania Subject's device, showed Telegram messages between 2 parties, consistent with the Pennsylvania Subject and Telegram display name of "Blyat." In those messages, the two spoke about sexual fantasies and sexually abusing children. The screenshots located on the Pennsylvania Subject's device involving her conversation with "Blyat" were on the same date and time with the same user ("Blyat") who assaulted the apparent 2-year-old. The messages appear to have occurred just prior to the screen recording of the sexual abuse. The Pennsylvania Subject asks how old the child is, and "Blyat" responds that he is "2." She responds with, "He won't tell anyone, And he's right there you can do anything and he won't even remember That's the perfect age." In the same conversation, The Pennsylvania Subject tells "Blyat" he could "have fun" with both of the children in the room, and he tells her, "No way 5 talks a lot." She replies, "have them play a game with you."

9. During a review of the Pennsylvania Subject's phone, three videos were located on the Pennsylvania Subject's device, identified saved as "IMG _3280.MP4, IMG_3281.MP4, and IMG_3282.MP4." BPD investigators and the FBI in Pennsylvania provided me with these videos and I have reviewed them.

10. IMG_3280.MP4 is observed to be an approximately 6-second-long video. The video depicts what appears to be a dark room being filmed with a large TV powered on in the room. The video pans to an unknown person that appears to be laying in a bed.

11. IMG_3281.MP4 is observed to be an approximately 7 minute and 36-second-long video. At the beginning of the video the contact's name of "Blyat" is

observed on the call screen, along with a red indicator light at the top of the recording, suggesting that the video is being screen recorded. The video depicts a room that contains a white wall, with a black and white picture frame with what appears to be a puzzle within the frame. The picture frame is hung on the white wall and next to a grey in color window curtain. There appears to be a dark grey in color bed frame or furniture, with silver in color bolts along the top, underneath the picture frame. At video time stamp of approximately 1 minute and 30 seconds, a message appears at the top of the video. The message depicts a text from "Logan" and the message states "Did he get him to do it" and "is he close?" At approximately 2 minutes and 50 seconds into the video, the video depicts what appears to be a large TV visible in the background, and powered on, and what appears to be a white adult male laying on a surface while using their hand to masturbate their erect penis. The video is dark in nature but lightens randomly due to the TV being powered on. Within the video, the adult male is observed to be laying on a bed that is close to a blue wall. A closed white door is also visible along the wall that the bed is near. At approximately 3 minutes and 30 seconds into the video, the video depicts what appears to be the hand of a toddler-aged child touching the erect penis of the adult male. At approximately 3 minutes and 51 seconds into the video, the toddler-aged child appears to use both of his feet to rub the erect penis of the adult male. The adult male appears to be continuously masturbating himself while the video takes place. Within the background of the video, the large TV appears to be on top of a wooden dresser. At approximately 5 minutes and 14 seconds into the video, the video depicts what appears to be a toddler-aged child using his hands to grab onto and stroke the adult male's erect penis. The child appears to place the adult male's erect penis on his face. At approximately 5 minutes and 47 seconds into the video, the adult male is observed to be

using his hand to force the child's head and face into the adult male's erect penis. The child appears to make physical contact between his face and the adult male's erect penis. The adult male appears to have a large tattoo on his arm that is visible. At approximately 6 minutes and 47 seconds into the video, the adult male appears to continue to masturbate while the child is sitting on his bed in front of him. The child is observed to be only wearing a diaper and no shirt. The adult male points to his erect penis at this point and then continues to masturbate. At 7 minutes and 19 seconds into the video, the background of the room appears lightened, and a white laundry basket is visible next to the TV, in the corner of the room. At approximately 7 minutes and 28 seconds into the video, prior to the video concluding, the video screen with the adult male is minimized in the top right portion of the screen and a chat thread is revealed. On top of the chat thread appears to be the Telegram username "Blyat" on top of a green in color notification bar. The green notification bar is commonly seen on devices during a live phone call or video call with others.

12. IMG_3282.MP4 is observed to be an approximately 8 minute and 36-second-long video. At the beginning of the video, a similar toddler-aged child as previously seen in the prior video, is observed to be lying on a bed in a dark room. The duration of the video is accompanied with a black adult female (who BPD investigators believe is the Pennsylvania Subject) that appears in a smaller video window on the bottom right of the main video. The Pennsylvania Subject appears to be fully nude throughout the duration of the video and engages in vaginal masturbation. The toddler-aged child is not wearing a shirt and appears to be laying next to an adult white male who appears to be the same adult white male as from the prior video. At approximately 58 seconds into the video, the adult male appears to stand up from the bed, refocuses

the camera on the toddler-aged child while appearing to masturbate over the child. The child then reaches out and appears to touch the adult male's erect penis. The adult male continues to masturbate over the child. The child is observed to be wearing a white diaper. At approximately 1 minute and 22 seconds into the video, the adult male appears to remove the diaper from the child and uses his hand to touch the child's bare buttocks. At approximately 2 minutes and 05 seconds into the video, the adult male bends over the child on the bed, while the child's diaper is pulled down and appears to masturbate over the child's back. At approximately 4 minutes and 48 seconds into the video, the main video switches to display a contact profile page for Telegram user "Blyat." The profile page of "Blyat" depicts "Blyat's" name at the top of the profile and depicts "media" below that was exchanged with "Blyat" at some point or that "Blyat" sent The Pennsylvania Subject. Within the media category, there appears to be approximately 4 video thumbnails that appear to be largely sexual in nature involving children. At approximately 6 minutes and 20 seconds into the video, the adult male appears to hold the child next to his visible face within the dark room.

13. The videos combined are approximately 16 minutes in length.

14. Investigators identified the unknown adult male as using a Telegram account associated with the Account Identifier: 636 755 0081 and showing Display Name: "Błyat." The Pennsylvania Subject and "Blyat" had the following video calls: on 05/28/2026 at 8:16:09 PM EDT (0016:09 UTC) - Video Call Duration 10:47 - Outgoing to "Blyat" at 6367550081. On 05/28/2026 at 8:39:22 PM EDT (0039:22 UTC) - Video Call Duration 07:33 - incoming from "Blyat" at 6367550081. On 05/28/2026 at 8:47:51 PM EDT (0047:51 UTC) - Video Call Duration -incoming from "Blyat" at 6367550081.

**Identification of WALLACE**

15. On or about August 2026, legal process was issued to Telegram for subscriber information for the Telegram account of "Blyat." On or about August 2026, Telegram provided a response to the legal process that yielded supporting IP address information and account phone number of "XXX-XXX-9346" for the Telegram account.

16. Open-source information confirmed that the phone number ending in "9346" is linked to Elijah WALLACE of South Portland, ME. Additionally, open-source information yielded that the same phone number is linked to a PayPal account that is associated to WALLACE.

17. On or about August 27, 2026, I obtained an Emergency Disclosure Request ("EDR") from T-Mobile regarding information pertaining to phone number ending in "9346." The results of the request yielded that the subscriber of the phone number is WALLACE and that WALLACE resides at an address in South Portland, Maine (Subject Premises).

18. A Facebook search of WALLACE and his associates provided images of WALLACE with two minor children. Detective Emily Falko of the BPD, who was involved in the investigation of the Pennsylvania Subject, recognized WALLACE and the younger minor child from the CSAM videos obtained from the Pennsylvania Subject's iPhone pursuant to a state search warrant executed in or about July of 2026.

19. In the CSAM video depicting the male sexually molesting the minor child (approximately two years old), a tattoo is visible on the male's right arm. A similar tattoo can be seen on WALLACE's right arm in social media image posts.

20. Below are facial comparisons between the adult male from the CSAM videos and WALLACE:

Elijah Wallace – Facebook photo posted in 2024



*Figure 1*

**Execution of Residential Search Warrant**

21. On or about August 27, 2026, law enforcement conducted physical surveillance at WALLACE's residence in South Portland, ME. During the surveillance, investigators observed WALLACE standing on the porch in the front of the residence speaking on his cellphone.

22. On or about August 27, 2026, a federal search warrant was authorized for WALLACE's person, his residence in South Portland, Maine, and his vehicle (2:26-mj-268-KFW). On or about August 28, 2026, law enforcement executed the federal search warrant at WALLACE's residence, his person, and his vehicle. Pursuant to the search warrant, investigators seized several devices.

23. On or about August 28, 2026, WALLACE was placed in custody and explained his *Miranda* rights while at the Portland Police Department. After having explained his rights, WALLACE agreed to speak with investigators. During the course of the interview, WALLACE confirmed his identifiers to include his known phone number ending in "9346", email addresses, type of cell phone he has, the passcode to that cell

phone, social media accounts, and other personal information. WALLACE then confirmed to investigators that he previously used the platforms "Kik" and "Telegram" and that he has seen things on there that were messed up and dark. WALLACE confirmed that he communicated with individuals via Kik and Telegram where he received and sent Child Sexual Abuse Material ("CSAM"). WALLACE estimated that he received approximately between 50- 100 CSAM videos from others. WALLACE confirmed that he did video chat with individuals via Telegram where he would often have "phone sex" while someone else was on the other end of the video call.

24. WALLACE confirmed that during his time producing "phone sex" videos via Telegram, he utilized a 2-year-old male child to perform sex acts with the child often participating.[2] WALLACE estimated that he produced approximately 15 videos of CSAM with the 2-year-old child. WALLACE confirmed that he used his black Apple iPhone registered to phone number ending in "9346" to produce the videos of CSAM. WALLACE confirmed that he did touch and molest the 2-year-old child during the videos but never penetrated the child with his penis. WALLACE confirmed that at one point during one of his videos, he fully stripped naked the 2-year-old child while masturbating over the child. WALLACE also confirmed that the 2-year-old child performed oral sex on WALLACE during one of the videos, but that WALLACE believed that the 2-year-old was only "kissing" his erect penis.

25. WALLACE stated that he distributed the CSAM videos of him with the 2-year-old child to others multiple times via messaging platforms such as Telegram, Kik, and Snapchat. WALLACE confirmed that he had access to a 5-year-old but that the 5-

---

[2] WALLACE identified the two-year-old child, but their identity and identifying facts about them are not included herein to protect the privacy of the minor victim.

year-old was "too old" and "knew right from wrong", and that therefore it would be too risky to use the 5-year-old for sexual acts. WALLACE confirmed that during all of the videos he produced with the 2-year-old child, he was masturbating during the videos. WALLACE confirmed that he uninstalled the Telegram application some time ago and that the content he created would be on his Telegram account.

## CONCLUSION

26. Based on the forgoing, I submit that probable cause exists to believe that on about May 28, 2026, Elijah WALLACE did knowingly produce multiple videos of child pornography, in violation of 18 U.S.C. § 2251(a).

Dated at Portland, Maine this 28th day of August 2026.

Jose G. Rodriguez-Aguilar
Special Agent
Federal Bureau of Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 28 2026

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE